JOHN C. RODGERS, Respondent, *v.* H. S. KERBAUGH, INCORPORATED, et al., Appellants, Impleaded with Another.

*Rodgers* v. *Kerbaugh*, 174 App. Div. 674, affirmed.
(Argued March 5, 1917; decided March 20, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1916, which affirmed an order of Special Term denying a motion to compel the plaintiff separately to state and number the causes of action attempted to be set forth in the complaint.

The following question was certified: "Does the complaint, in violation of section 483 of the Code of Civil Procedure, state two or more of the following causes of action, namely (1) an alleged cause of action against the defendants for the rescission of the two contracts attached to the complaint upon the ground that the plaintiff was induced to enter into those contracts by fraudulent misrepresentations of the defendants, appellants; (2) an alleged cause or causes of action for various breaches of those contracts; and (3) an alleged cause or causes of action for fraud and breach of contract committed by the defendants, appellants, in the performance of those contracts?"

*William D. Guthrie* and *Bernard Hershkopf* for appellants.

*Thomas F. Conway* and *Thomas E. O'Brien* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Absent: MCLAUGHLIN, J.